AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
E-filing

Northern District of California

| | |
|---|---|
| BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and LAFACE RECORDS LLC, a Delaware limited liability company, | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>CV   08   3148 |

V.

VANESSA MARIE CLAYTON


EDL

TO:

Vanessa Marie Clayton
312 6th St.
Petaluma, CA 94952-4251

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**DAWNIELL ZAVALA (SBN: 253130)**     PHONE: (415) 268-2000
**560 MISSION STREET, 25TH FLOOR**    FAX: (415) 268-1999
**SAN FRANCISCO, CA 94105-2994**

an answer to the complaint which is served on you with this summons, within ___20___ days after service summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

_____       _____
CLERK                                                                  DATE

        MARY ANN BUCKLEY

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served:

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

- ☐ Returned unexecuted:

- ☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date         *Signature of Server* _____

                              *Address of Server* _____

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.