1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:      dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   BMG MUSIC; INTERSCOPE RECORDS;
7  ARISTA RECORDS LLC; UMG RECORDINGS,
   INC.; SONY BMG MUSIC ENTERTAINMENT;
8  and LAFACE RECORDS LLC

**FILED**

08 JUL -1  AM 11: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

**CV 08    3148 EDL**

| | |
|---|---|
| BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and LAFACE RECORDS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br>    v.<br><br>VANESSA MARIE CLAYTON,<br><br>        Defendant. | CASE NO. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

ORIGINAL

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
7  ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

8  Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French
9  company.

10  Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a
11  New York general partnership, which is not publicly traded.

12  Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
13  publicly held French company.

14  Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
15  by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
16  none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
17  latter of which is publicly traded in the United States.

18  Plaintiff LAFACE RECORDS LLC is a limited liability company owned by SONY BMG
19  MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG, which is not publicly
20  traded, and Sony Corporation, which is publicly traded in the United States.

22  Dated:   July 1, 2008               HOLME ROBERTS & OWEN LLP

24                                     By _____
                                          DAWNIELL ZAVALA
25                                        Attorney for Plaintiffs
                                          BMG MUSIC; INTERSCOPE RECORDS;
26                                        ARISTA RECORDS LLC; UMG RECORDINGS,
                                          INC.; SONY BMG MUSIC ENTERTAINMENT;
27                                        and LAFACE RECORDS LLC
28

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#38507 v1