AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559  **E-filing** | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | COURT NAME AND LOCATION<br>United States District Court<br>Northern District<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | CV-08  3148  EDL |
|---|---|---|---|
| ☒ ACTION | ☐ APPEAL | | |
| DOCKET NO. | DATE FILED | | |

| PLAINTIFF<br>BMG MUSIC; INTERSCOPE RECORDS; ARISTA RECORDS LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and LAFACE RECORDS LLC | DEFENDANT<br>VANESSA MARIE CLAYTON |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy



# EXHIBIT A

# EXHIBIT A

## VANESSA MARIE CLAYTON

| IP Address: 134.114.175.85 2007-03-11 14:52:52 EDT | CASE ID# 121423519 |
|---|---|
| P2P Network: Gnutella | Total Audio Files: 414 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Martina McBride | I Love You | Emotion | 269-161 |
| Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 |
| Arista Records LLC | Dido | I'm No Angel | No Angel | 289-904 |
| UMG Recordings, Inc. | Jimmy Buffett | Margaritaville | Feeding Frenzy | 124-218 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | You Were Mine | Wide Open Spaces | 252-000 |
| Arista Records LLC | Ace of Base | Don't Turn Around | The Sign | 169-749 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Interscope Records | No Doubt | Don't Speak | Tragic Kingdom | 206-724 |
| LaFace Records LLC | TLC | Dear Lie | Fanmail | 298-454 |