**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BMG MUSIC,

        Plaintiff,

        v.

VANESSA M. CLAYTON,

        Defendant.

_____/

No. C 08-03148 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference set for 3:00 p.m. on October 7, 2008  has been rescheduled to **10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated:  July 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy