Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
E-mail: tom.kerr@hro.com

Attorney for Plaintiffs
BMG MUSIC; INTERSCOPE RECORDS;
ARISTA RECORDS LLC; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; and LAFACE RECORDS
LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and LAFACE RECORDS LLC, a Delaware limited liability company,<br><br>     Plaintiffs,<br><br>v.<br><br>VANESSA MARIE CLAYTON,<br><br>     Defendant. | Case No.: 3:08-cv-03148- JSW<br><br>The Honorable Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY** |

**[PROPOSED] ORDER**

Based upon Plaintiffs' *Ex Parte* Application for leave to take expedited discovery, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

Plaintiffs' application is GRANTED.

Accordingly, Plaintiffs may immediately take expedited discovery to identify the current address and location of Defendant Vanessa Clayton for the purpose of perfecting service on her. Specifically, Plaintiffs may immediately: (1) serve a subpoena on Vicki Clayton in order to take her deposition and obtain relevant documents related to the current address for her daughter; (2) serve a subpoena on Val Clayton in order to take his deposition and obtain relevant documents related to the current address for his daughter; and (3) serve a subpoena on the Northern Arizona University in order to obtain relevant documents related to Defendant's current address.

Dated: September 22, 2009      By: /s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Judge

3

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY
CASE NO.: 3:08-CV-03148-JSW
#46579 v1 saf