**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BMG MUSIC, et al.,

    Plaintiffs,

v.

VANESSA MARIE CLAYTON,

    Defendant.

_____/

No. C 08-03148 JSW

**ORDER (1) ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND (2) GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE**

    The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation re Plaintiff's Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court HEREBY DENIES Plaintiff's motion for default judgment without prejudice.

    The Court FURTHER ORDERS that Plaintiff's *ex parte* application for an extension of time to effectuate service pursuant to Federal Rule of Civil Procedure 4(m) is GRANTED. Plaintiff shall have thirty days from the date of this Order to serve Plaintiff.

    **IT IS SO ORDERED.**

Dated: December 22, 2009

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE