IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMG MUSIC, et al. | |
|     Plaintiffs, | No. C 08-03148 JSW |
| v. | |
| VANESSA MARIE CLAYTON, | **ORDER TO SHOW CAUSE** |
|     Defendant. | |

On Friday, May 14, 2010, this Court held the initial case management conference in this matter. Counsel for Plaintiffs did not appear. Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE in writing as to why this case should not be dismissed for failure to prosecute or why the Court should not impose monetary sanctions in the amount of $500.00. Plaintiffs' response to this Order to Show Cause shall be due by May 24, 2010.

**IT IS SO ORDERED.**

Dated: May 17, 2010

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BMG MUSIC et al,

        Plaintiff,

v.

VANESSA M. CLAYTON et al,

        Defendant.

Case Number: CV08-03148 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vanessa Marie Clayton
P.O. Box 3407
San Rafael, CA 94912

Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2