**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BMG MUSIC, et al.

    Plaintiffs,

v.

VANESSA MARIE CLAYTON,

    Defendant.
_____/

No. C 08-03148 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Court received the response by counsel for Plaintiffs to the Order to Show Cause ("OSC"). The Court HEREBY DISCHARGES the OSC.

**IT IS SO ORDERED.**

Dated: May 27, 2010

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BMG MUSIC et al,

        Plaintiff,

  v.

VANESSA M. CLAYTON et al,

        Defendant.

Case Number: CV08-03148 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vanessa Marie Clayton
P.O. Box 3407
San Rafael, CA 94912

Dated: May 27, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk