Pro Se

UNITED STATES DISTRICT COURT

Northern District of California

BMG MUSIC, et al.,
    Plaintiff,

v.

VANESSA CLAYTON,
    Defendant in *pro se*.

No. C 08-3148 JSW MED

**ORDER ASSIGNING CASE TO ASSISTED MEDIATION PROGRAM**

Defendant in this case has applied to participate in the court's Assisted Mediation Program. Based on the court's review of defendant's Declaration in Support of Application for Assisted Mediation and additional application materials, and defendant's acknowledgment that she has reviewed the description of the Assisted Mediation Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Mediation Counsel,

IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Mediation Program and be mediated in accordance with the Alternative Dispute Resolution Local Rules of this court, except for Rules 6-3(b) and 6-3(c);

2. That Special Mediation Counsel be appointed for the limited purpose of representing defendant in the preparation for and mediation of this case; and

///

1  3. That the mediation shall be completed no later than <u>120 Days from Date of This Order</u> JSW

IT IS SO ORDERED.

Date <u>6/30/10</u>   BY: <u>Jeffrey S. White</u>
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BMG MUSIC et al,

        Plaintiff,

v.

VANESSA M. CLAYTON et al,

        Defendant.

Case Number: CV08-03148 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vanessa Marie Clayton
P.O. Box 3407
San Rafael, CA 94912

Dated: June 30, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk