Pro Se

UNITED STATES DISTRICT COURT

Northern District of California

BMG MUSIC, et al.,

    Plaintiff,

v.

VANESSA CLAYTON,
    Defendant in *pro se.*

No. C 08-3148 JSW MED

**ORDER APPOINTING SPECIAL MEDIATION COUNSEL**

The court having ordered that this case be assigned to the Assisted Mediation Program, and defendant having requested and being in need of counsel to assist her in the mediation, and a volunteer attorney willing to be appointed for the limited purpose of representing defendant in the mediation having been located by the court,

IT IS HEREBY ORDERED THAT:

Jason Jungreis
Jungreis Law
760 Market St Ste 753
San Francisco, CA 94102
Phone Number (415) 283-8594
Fax Number (415) 592-1656
e-mail jzj@jungreislaw.com

is appointed as Special Mediation Counsel. This appointment shall be pursuant to the terms of the Declaration of defendant to participate in the Assisted Mediation Program. This appointment and limited representation shall end upon the completion of the mediation and any follow-up activities agreed upon by the parties and the mediator, unless terminated earlier by the court.

Special Mediation Counsel shall notify the court promptly upon the completion of the mediation and any follow-up activities. The court shall then issue an order relieving the Special Mediation Counsel from his limited representation of the defendant. Thereafter, the attorney who has served as Special Mediation Counsel will only be permitted to represent the defendant upon order of the court if there is a signed written agreement under which the attorney agrees to provide such legal services.

IT IS SO ORDERED.

_6/30/10_
Date

BY: _____
Jeffrey S. White
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BMG MUSIC et al,

        Plaintiff,

v.

VANESSA M. CLAYTON et al,

        Defendant.
_____/

Case Number: CV08-03148 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vanessa Marie Clayton
P.O. Box 3407
San Rafael, CA 94912

Jason Jungreis
Jungreis Law
760 Market St. Ste 753
San Francisco, CA 94102

Dated: June 30, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk