UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BMG MUSIC, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>VANESSA CLAYTON,<br>    Defendant in propia persona.<br>_____/ | No. C 08-3148 JSW<br><br>**ORDER GRANTING REQUEST FOR PLAINTIFF BMG MUSIC'S CLIENT REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:       July 27, 2010<br>Mediator:  Margaret Corrigan |

IT IS HEREBY ORDERED that the request for plaintiff BMG Music's client representative, Matthew Oppenheimer, to be excused from personally attending the July 27, 2010 mediation session before Margaret Corrigan is GRANTED. Mr. Oppenheimer shall be available to participate telephonically at all times in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

July 19, 2010                    By:        *Elizabeth D. Laporte*
Dated                                          Elizabeth D. Laporte
                                               United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California